IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELIZABETH OPRASEUTH,     :<br>                          :<br>   Plaintiff,           :<br>                          :  CIVIL ACTION FILE<br>v.                        :<br>                          :  NO. 1:10-cv-01674-JEC-GGB<br>FOCUS RECEIVABLES      :<br>MANAGEMENT, LLC.,       :<br>a Georgia limited liability company,  :<br>                          :<br>   Defendant.           :<br>                          : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

SKAAR & FEAGLE, LLP


by:   / s/ James M. Feagle
      James M. Feagle
      Georgia Bar No. 256916

- 1 -

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax

- 2 -